No. 84–5828. ROCCO v. CENTRAL MUNICIPAL COURT, COUNTY OF ORANGE. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 84–5830. FORDHAM v. NATIONAL BANK OF BOYERTOWN. C. A. 3d Cir. Certiorari denied.

No. 84–5831. LAGRANGE v. JONES, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–5832. POZWORSKI v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–5833. CARR v. HOLLAND, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 84–5839. ROOKS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 84–5847. MOORE v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 84–5858. JORDAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–5888. WHITEHURST v. VIRGINIA STATE BAR ET AL. Sup. Ct. Va. Certiorari denied.

No. 84–5891. SLATER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–5895. COOPER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 84–5897. HOSKINS v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 84–5906. HOSSMAN v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 84–5913. HERSOM v. UNITED STATES ARMY. C. A. 2d Cir. Certiorari denied.